PROB 12C
(6/16)

Report Date: August 30, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adam K. Wilkening    Case Number: 0980 2:18CR00230-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99218

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 29, 2020

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(c) |
| Original Sentence: | Prison - 45 months<br>TSR - 36 months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: | January 14, 2022 |
| Defense Attorney: | Douglas D. Phelps | Date Supervision Expires: | January 13, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On January 19, 2022, the offender's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing Assault Fourth Degree, in violation of R.C.W. 9A.36.41, on or about August 27, 2023.<br><br>According to Spokane County Sheriff's incident report number 2023-10129294, on August 27, 2023, deputies were dispatched to the offender's residence following the report of a domestic violence incident.<br><br>When interviewed by deputies, the victim stated the offender had been awake for 5 to 7 days because he had been abusing methamphetamine and fentanyl. The victim indicated Mr. Wilkening got upset and head-butted her in the face, which caused her nose to bleed. In response, she grabbed a knife and backed up into a corner and instructed him to leave. She also informed deputies that he had a black 9mm pistol tucked in the back of his pants, as well as a tan pistol in a backpack that was allegedly traded for drug sales. According to the victim, he subsequently threatened to kill her. |

Prob12C
Re: Wilkening, Adam K.
August 30, 2023
Page 2

Deputies observed that the victim's nose was bleeding, consistent with being head-butted in the face. She also informed them that her right forearm and wrist were hurt from him grabbing her and pulling her around. She also had a small cut on her left leg from hitting a table when he was pulling her. Deputies helped the victim retrieve her belongings from the residence, as she believed the offender was capable of carrying out his threat. Deputies were unable to locate the offender.

Based on the above information, probable cause was found to charge Mr. Wilkening with assault fourth degree. A warrant request was completed; however, charges have not yet been filed.

2  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2, by failing to report to the U.S. Probation Office on August 29, 2023, before 3p.m.

On August 29, 2023, the offender's supervising officer left a voicemail and a text message for the offender instructing him to report to the U.S. Probation Office on that same date before 3 p.m. The probation officer also left a voicemail for the offender's father with this same information, and spoke to the offender's mother who agreed to provide the above-noted reporting instructions to her son. Mr. Wilkening failed to report to the U.S. Probation Office on August 29, 2023, as instructed. He later contacted his supervising officer via email and claimed his phone was broken.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 30, 2023

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons

Rosanne Malouf Peterson

Signature of Judicial Officer

8/30/2023
Date